FILED
CLERK, U.S. DISTRICT COURT

11/20/20

CENTRAL DISTRICT OF CALIFORNIA
BY:           DM           DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>DANIEL ESCOBAR-BARUETA,<br>    aka "Daniel Escobar-<br>        Barrueta,"<br>        "Daniel Escobar,"<br>        "Daniel Barrueta," and<br>        "Daniel Barrueta<br>         Escobar,"<br><br>              Defendant. | CR 2:20-cr-00591-MWF<br><br>I N D I C T M E N T<br><br>[8 U.S.C. §§ 1326(a), (b)(2):<br>Illegal Alien Found in the United<br>States Following Deportation] |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(2)]

On or about March 9, 2018, defendant DANIEL ESCOBAR-BARUETA,
also known as, "Daniel Escobar-Barrueta," "Daniel Escobar," "Daniel
Barrueta," and "Daniel Barrueta Escobar," an alien, who had been
officially deported and removed from the United States on or about
December 8, 2010, January 13, 2011, and August 5, 2016, was found in
Santa Barbara County, within the Central District of California,
after knowingly and voluntarily re-entering and remaining in the

United States without having obtained permission from the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States following deportation and removal.

At least one of defendant's previously alleged deportations and removals from the United States occurred subsequent to defendant's conviction for an aggravated felony, namely, Corporal Injury to Spouse/Cohabitant/Former Cohabitant/Child's Parent, in violation of California Penal Code Section 273.5(a), on or about July 7, 2016, in the Superior Court of the State of California, County of Santa Barbara, Case Number 1499777, a crime of violence for which a sentence of at least one year was imposed.

A TRUE BILL

_____/S/_____
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

ALLISON L. WESTFAHL KONG
Assistant United States Attorney
Chief, General Crimes Section

JOSHUA O. MAUSNER
Assistant United States Attorney
Acting Deputy Chief, General
Crimes Section

MATTHEW C. CHAN
Special Assistant United States
Attorney, General Crimes Section